(Rev. 4/97)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

RECEIVED-DCC
APR 2 2 2008
SUPPORT SERVICES MANAGER

Daryl Andrus
Plaintiff

v.

C.M.S. et al
Defendant(s)

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

FILED
APR 30 2008
US DISTRICT COURT
DISTRICT OF DEL

I, Daryl Andrus, declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant   ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Delaware Correctional Centre

   Are you employed at the institution?  No   Do you receive any payment from the institution?  No

   *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment        ☐ Yes   ☒ No
   b. Rent payments, interest or dividends                 ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments       ☐ Yes   ☒ No
   d. Disability or workers compensation payments          ☐ Yes   ☒ No
   e. Gifts or inheritances                                ☐ Yes   ☒ No
   f. Any other sources                                    ☒ Yes   ☐ No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.  Mother provides approximately $100.00 a month for commissary expenses (e.g. hygiene products & food)

4. Do you have any cash or checking or savings accounts? ☐Yes ☒No

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐Yes ☒No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   NONE

I declare under penalty of perjury that the above information is true and correct.

4/14/08
DATE

_Daryl Andrus_
SIGNATURE OF APPLICANT

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 110.47 on account his/her credit at (name of institution) Delaware Correctional Center.

I further certify that the applicant has the following securities to his/her credit:
(-2.88)

I further certify that during the past six months the applicant's average monthly balance was $ 49.38 and the average monthly deposits were $ 178.33.

4/19/08
4/22/08
Date

_Stacy Shane_
SIGNATURE OF AUTHORIZED OFFICER

(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARYL ANDRUS, | ) |
|     Plaintiff, | ) |
|     v. | )   C.A. _____ |
| CORRECTIONAL MEDICAL SERVICES, Inc, et al, | ) |
|     Defendants. | |

### DECLARATION IN SUPPORT OF REQUEST FOR LEAVE TO PROCEED IN FORMA PAUPERIS

1. I, Daryl Andrus, am the Plaintiff above. I make this declaration in support of my application for leave to proceed in forma pauperis pursuant to 28 U.S.C. section 1915.

2. I am incarcerated in Delaware Correctional Center.

3. Because I suffer acute pain and suffering, and sudden, violent, involuntary muscle spasms-which have already caused me to experience additional permanent injuries via a serious falling incident- I am unable to participate in the Prison Work Program.

4. I receive an average $100.00 per month in gifts from family for necessary hygiene products and other expenses.

5. The current balance on my prison account is $110.47 as of 4-22-08, 2008.

6. I have no other source of income and I do not own any cash, bank accounts, real estate, stocks, bonds, notes, or other valuable property.

7. I make this declaration under penalty of perjury.

_Daryl Andrus_      4/17/08
Daryl Andrus                    Date
SBI # 101816
S-1, C-10
1181 Paddock Rd.
Smyrna, DE 19977

FILED
APR 30 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

TO:   Daryl Andrus          SBI#: 101816

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   April 23, 2008

---

Attached are copies of your inmate account statement for the months of
October 1, 2007    to   March 31, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 48.15 |
| Nov | 57.66 |
| Dec | 48.47 |
| Jan | 53.34 |
| Feb | 49.06 |
| March | 45.61 |

Average daily balances/6 months:   49.38

Attachments
CC:   File

Stacy Shane
4/23/08

[signature]
4/23/08

**Individual Statement**
**From October 2007 to December 2007**

| Date Printed: 4/22/2008 | | | | | | | | | | Page 1 of 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| SBI | Last Name | First Name | MI | Suffix | | | | | | |
| 00101816 | Andrus | Daryl | | | | | Beginning Month Balance: | | $0.61 | |
| Current Location: S1 | | Comments: | | | | | Ending Month Balance: | | $58.55 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 10/1/2007 | $60.00 | $0.00 | $0.00 | $60.61 | 493801 | 5726859847-04358 | | A ANDRUS |
| Canteen | 10/2/2007 | ($41.36) | $0.00 | $0.00 | $19.25 | 494420 | | | |
| Mail | 10/9/2007 | $40.00 | $0.00 | $0.00 | $59.25 | 497144 | 572860074 | | A ANDRUS |
| Canteen | 10/10/2007 | ($15.90) | $0.00 | $0.00 | $43.35 | 497397 | | | |
| Visit | 10/15/2007 | $50.00 | $0.00 | $0.00 | $93.35 | 499887 | 5726860371-05307 | | A ANDRUS |
| Canteen | 10/16/2007 | ($38.41) | $0.00 | $0.00 | $54.94 | 500298 | | | |
| Visit | 10/22/2007 | $50.00 | $0.00 | $0.00 | $104.94 | 503766 | 5726859156-05520 | | A ANDRUS |
| Canteen | 10/23/2007 | ($40.82) | $0.00 | $0.00 | $64.12 | 504246 | | | |
| Canteen | 10/30/2007 | ($41.89) | $0.00 | $0.00 | $22.23 | 506549 | | | |
| Visit | 11/5/2007 | $50.00 | $0.00 | $0.00 | $72.23 | 509703 | 9252009000-05824 | | A ANDRUS |
| Canteen | 11/6/2007 | ($46.16) | $0.00 | $0.00 | $26.07 | 509901 | | | |
| Canteen | 11/13/2007 | ($17.84) | $0.00 | $0.00 | $8.23 | 513163 | | | |
| Mail | 11/16/2007 | $50.00 | $0.00 | $0.00 | $58.23 | 515124 | 5726718352 | | A ANDRUS |
| Visit | 11/19/2007 | $60.00 | $0.00 | $0.00 | $118.23 | 515350 | 5726718580-06316 | | A ANDRUS |
| Canteen | 11/20/2007 | ($35.78) | $0.00 | $0.00 | $82.45 | 515660 | | | |
| Canteen | 11/21/2007 | $3.59 | $0.00 | $0.00 | $86.04 | 517040 | | REFUND | |
| Supplies-MailPosta | 11/26/2007 | $0.00 | $0.00 | ($2.33) | $86.04 | 518075 | | 11/6/07 | |
| Canteen | 11/27/2007 | ($37.42) | $0.00 | $0.00 | $48.62 | 518341 | | | |
| Mail | 11/29/2007 | $50.00 | $0.00 | $0.00 | $98.62 | 519761 | 57267187550 | | A ANDRUS |
| Supplies-MailPosta | 11/29/2007 | ($2.33) | $0.00 | $0.00 | $96.29 | 521027 | | 11/6/07 | |
| Canteen | 12/4/2007 | ($38.57) | $0.00 | $0.00 | $57.72 | 522787 | | | |
| Pay-To | 12/5/2007 | ($50.00) | $0.00 | $0.00 | $7.72 | 524001 | | EMILY ANDRUS | |
| Visit | 12/10/2007 | $50.00 | $0.00 | $0.00 | $57.72 | 525343 | 5726717815 | | A ANDRUS |
| Canteen | 12/11/2007 | ($35.17) | $0.00 | $0.00 | $22.55 | 525796 | | | |
| Visit | 12/17/2007 | $100.00 | $0.00 | $0.00 | $122.55 | 528397 | 5726718024-07216 | | A ANDRUS |
| Canteen | 12/18/2007 | ($22.50) | $0.00 | $0.00 | $100.05 | 529042 | | | |
| Pay-To | 12/19/2007 | ($50.00) | $0.00 | $0.00 | $50.05 | 530063 | | EMILY ANDRUS | |
| Visit | 12/26/2007 | $50.00 | $0.00 | $0.00 | $100.05 | 531511 | 57267181268-07996 | | A ANDRUS |
| Canteen | 12/26/2007 | ($41.50) | $0.00 | $0.00 | $58.55 | 531609 | | | |

**Individual Statement**
**From October 2007 to December 2007**

Date Printed: 4/22/2008                                                                                       Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00101816 | Andrus | Daryl | | | Beginning Month Balance: | $0.61 |
| Current Location: | S1 | | Comments: | | Ending Month Balance: | $58.55 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|

Ending Month Balance:    $58.55

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($2.88)

**Individual Statement**
**From January 2008 to March 2008**

| Date Printed: 4/22/2008 | | | | | | | | Page 1 of 2 |

| SBI | Last Name | First Name | MI | Suffix | | | | |
|---|---|---|---|---|---|---|---|---|
| 00101816 | Andrus | Daryl | | | | Beginning Month Balance: | | $58.55 |
| Current Location: | S1 | | Comments: | | | Ending Month Balance: | | $110.47 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/2/2008 | ($26.33) | $0.00 | $0.00 | $32.22 | 535480 | | | |
| Visit | 1/2/2008 | $50.00 | $0.00 | $0.00 | $82.22 | 535916 | 5742540983-08288 | | A ANDRUS |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($2.16) | $82.22 | 538250 | | 12/28/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($2.91) | $82.22 | 538256 | | 12/28/07 | |
| Canteen | 1/8/2008 | ($74.97) | $0.00 | $0.00 | $7.25 | 538876 | | | |
| Supplies-MailPosta | 1/9/2008 | ($2.16) | $0.00 | $0.00 | $5.09 | 540864 | | 12/28/07 | |
| Supplies-MailPosta | 1/9/2008 | ($2.91) | $0.00 | $0.00 | $2.18 | 540867 | | 12/28/07 | |
| Canteen | 1/15/2008 | $74.97 | $0.00 | $0.00 | $77.15 | 542349 | | REFUND | |
| Canteen | 1/15/2008 | ($2.08) | $0.00 | $0.00 | $75.07 | 542600 | | | |
| Canteen | 1/22/2008 | ($46.46) | $0.00 | $0.00 | $28.61 | 544895 | | | |
| Medical | 1/23/2008 | $0.00 | ($4.00) | $0.00 | $28.61 | 546008 | | 1/18/08 | |
| Medical | 1/23/2008 | ($4.00) | $0.00 | $0.00 | $24.61 | 546188 | | 1/18/08 | |
| Visit | 1/28/2008 | $100.00 | $0.00 | $0.00 | $124.61 | 547201 | 5742540414 | | A ANDRUS |
| Canteen | 1/29/2008 | ($31.37) | $0.00 | $0.00 | $93.24 | 547797 | | | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($1.14) | $93.24 | 548385 | | 1/14/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($1.14) | $93.24 | 548386 | | 1/14/08 | |
| Pay-To | 2/1/2008 | ($25.00) | $0.00 | $0.00 | $68.24 | 550211 | | EMILY ANDRUS | |
| Supplies-MailPosta | 2/1/2008 | ($1.14) | $0.00 | $0.00 | $67.10 | 551066 | | 1/14/08 | |
| Supplies-MailPosta | 2/1/2008 | ($1.14) | $0.00 | $0.00 | $65.96 | 551067 | | 1/14/08 | |
| Canteen | 2/5/2008 | ($35.28) | $0.00 | $0.00 | $30.68 | 551736 | | | |
| Visit | 2/11/2008 | $50.00 | $0.00 | $0.00 | $80.68 | 554466 | 9252009835-10533 | | A ANDRUS |
| Canteen | 2/12/2008 | ($27.83) | $0.00 | $0.00 | $52.85 | 555095 | | | |
| Canteen | 2/19/2008 | ($33.54) | $0.00 | $0.00 | $19.31 | 558427 | | | |
| Mail | 2/21/2008 | $50.00 | $0.00 | $0.00 | $69.31 | 559962 | 57425408821 | | A ANDRUS |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($1.31) | $69.31 | 560109 | | 1/22/08 | |
| Canteen | 2/26/2008 | ($34.57) | $0.00 | $0.00 | $34.74 | 561288 | | | |
| Visit | 3/3/2008 | $50.00 | $0.00 | $0.00 | $84.74 | 564308 | 57420088033-11142 | | A ANDRUS |
| Canteen | 3/4/2008 | ($37.90) | $0.00 | $0.00 | $46.84 | 564821 | | | |
| Supplies-MailPosta | 3/4/2008 | ($1.31) | $0.00 | $0.00 | $45.53 | 565677 | | 1/22/08 | |
| Canteen | 3/11/2008 | ($34.27) | $0.00 | $0.00 | $11.26 | 568198 | | | |
| Visit | 3/17/2008 | $50.00 | $0.00 | $0.00 | $61.26 | 571077 | 9252010159-11459 | | A ANDRUS |

**Individual Statement**
**From January 2008 to March 2008**

Date Printed: 4/22/2008                                                                                      Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00101816 | Andrus | Daryl | | | Beginning Month Balance: | $58.55 |
| Current Location: | S1 | | | | Ending Month Balance: | $110.47 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/18/2008 | ($40.01) | $0.00 | $0.00 | $21.25 | 571727 | | | |
| Canteen | 3/25/2008 | ($20.78) | $0.00 | $0.00 | $0.47 | 574460 | | | |
| Supplies-MailPosta | 3/25/2008 | $0.00 | $0.00 | ($1.98) | $0.47 | 575162 | | | |
| Visit | 3/26/2008 | $110.00 | $0.00 | $0.00 | $110.47 | 575805 | 57420095690-04795 | 3/3/08 | A ANDRUS |

Ending Month Balance: $110.47

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($2.88)