IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DARYL ANDRUS, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. _____ |
| CORRECTIONAL MEDICAL SERVICES, Inc, et al, | ) | |
| Defendants. | | |

FILED APR 30 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR PRELIMINARY INJUNCTION FOR EMERGENCY MEDICAL CARE DUE TO IMMINENT DANGER AND HARM

COMES NOW, pro se plaintiff, Daryl Andrus (Andrus) pursuant to Fed. R. Civ. P., rule 65 & 65(b) and any appropriate Local Rules and moves the Court to immediately issues an emergency preliminary injunction directing Correctional Medical Services (CMS) to immediately provide Andrus with the below listed emergency medical care. Immediate action is warranted in this particular case because Andrus faces an Emergency life and death situation (i.e. immanent premature death).

DECLARATION IN SUPPORT OF ANDRUS'S MOTION FOR TRO/PI

1. I, Daryl Andrus, am the plaintiff in the above action, and Andrus declares under penalty of perjury the following in support for the instant TRO/PI motion is true and correct:

2. Andrus requires immediate emergency medical care to avoid the CMS causing the following (1) Continued and undue acute pain and suffering of from Andrus' known and obvious serious spinal injuries, which has significantly impaired his normal daily functions and causes him significant residual/collateral permanent injury, and (2) A likely and significant threat of premature death related to Andrus' "chronic" Hepatitis C/Liver Disease (HCV), which causes liver failure and/or related equally fatal collateral injuries (e.g. ruptured esophagus/internal bleeding, etc.), and/or to eliminate the very real and fast approaching risk that Andrus experiences a loss chance of recovery whatsoever for his HCV.

    For example, Andrus requires the following immediate emergency medical care:

    (a) Adequate, consistent, uninterrupted Chronic-care Medications (i.e. Elavil, Ultram, and Baclofen) ("CC-Meds") for his acute spinal injuries and their associated acute pain and suffering;

    (b) Orthopedic foot wear and/or quality walking shoes;

    (c) Independent neurosurgery consult to determine the risks and benefits of corrective nerve and spinal surgery, which may eliminate Andrus' continued need for CC-Meds;

    (d) Adequate and consistent Physical Therapy for Andrus' acute spinal injuries and the resulting significant impairment of his normal daily activities and impaired healing process;

    (e) Immediate emergency medical care for Andrus's chronic HCV; and

    (f) Order/assign an independent Infectious Disease Specialist to monitor said HCV therapy and blood work associated therewith, and to monitor for consistent CC-Meds/Clinics.

Moreover, immediate action is necessary to mitigate a complete loss chance of recovery and significant premature death.

## SECTION 1. ACUTE SPINAL INJURIES AND ACUTE PAIN AND SUFFERING, ETC

3. As stated in the complaint, Andrus suffers two diagnosed serious medical conditions: acute painful spinal injuries and chronic HCV, which have caused and continues to cause Andrus to suffer the following:

    (a) Acute pain and suffering that significantly impairs Andrus's normal daily functions, and which has caused significant deterioration to Andrus's physical being; and

    (b) Has caused or is causing significant collateral residual permanent injury and significant risk of future injuries or permanent disability via fallen incidents (e.g. collapsed L 5 due to related falling incident);

    (c) Has caused or is causing Andrus to experience significant mental and emotional distress and damaged reputation and standing in the community. (Andrus incorporates items 12 thru 165 of his Complaint herein, D.I. _____ ) (Complaint).

## SECTION 2. CHRONIC HEPITITUS C / LIVER DISEASE

4. As stated in the Complaint, Andrus suffers a diagnosed serious medical disease –known to cause significant permanent injury and end-organ failure and premature death- Hepatitis C / Liver Disease that has already caused and continues to cause Andrus to suffer the following:

    (a) Has caused or is causing significant permanent injury (e.g. At minimum stage two or possibly three now of four stages of liver disease);

    (b) Has caused or is causing significant and rapidly worsening increase in Andrus's liver enzyme levels;

    (c) Has caused or is causing significant and rapidly worsening decrease in platelet levels;

    (d) Has caused or is causing significant and rapidly worsening increase viral load levels;

  (e) Has caused or is causing significant a very real and fast approaching risk of a loss chance of any recovery whatsoever; and

  (f) Has caused and is causing unnecessary permanent damage to Andrus' liver and/or kidneys, which causes end organ failure and premature death. (Andrus incorporates items 166 thru 199 of his Complaint herein).

5. For the points above and those presented in Andrus's Memorandum in Support of the TRO/PI, Andrus believes the Court is warranted in ordering immediate and emergency medical care to treat Andrus's acutely painful spinal injuries and his permanent and life threatening HCV.

6. The above is a product of Andrus's personal knowledge, observations, experiences, and/or derived from Andrus's official medical records, and as such Andrus declares under penalty of perjury pursuant to 28 U.S.C. section 1746 that his attestations are True and Correct.

Sworn and Subscribed before me this 15 day of April 2008

_(signature)_
Daryl Andrus
SBI # 101816, S-1, C-10
1181 Paddock Rd.
Smyrna, DE 19977

_(signature)_
Notary Public
Commission Expires: June 14, 2008

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DARYL ANDRUS,                              )
    Plaintiff,                              )
    v.                                      )    C.A. ____  _____
CORRECTIONAL MEDICAL SERVICES, Inc, et al,  )
    Defendants.

<u>ORDER TO SHOW CAUSE FOR THE ISSUANCE OF AN EMERGENCY MEDICAL INJUNCTION</u>

Upon the supporting affidavit of the Plaintiff, Andrus, and the accompanying memorandum of law, it is ORDERED that the defendant Correctional Medical Services (CMS), show cause in room _____ of the United States Courthouse, 844 King St., Wilmington, DE 19801, on the _____ day of _____ 2008, at _____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65 (a) and (b), Fed. R. Civ. P., enjoining said defendant, its successors in office, agents and employees and all other persons acting in concern and participation with CMS, to provide adequate medical care to Daryl Andrus in the following manner:

(A)    Provide Andrus immediate, adequate, consistent, and uninterrupted Chronic-care Medications (i.e. Elavil or Neuroton, Ultram or Elavil, and Soma or Baclofen) ("CC-Meds") for his acute spinal injuries and their associated acute pain and suffering;

(B)    Provide Andrus orthopedic foot wear and/or quality walking shoes;

(C)    Provide Andrus an independent neurosurgery consultation to determine the risks and benefits of corrective nerve and spinal surgery, which may eliminate Andrus' continued need for CC-Meds;

(D)    Provide a physical evaluation/assessment of Andrus' impairment/determination of the extent of retardation he has experienced since his last out-side physical therapy sessions at Bay Health;

(E)    Provide Andrus adequate and consistent Physical Therapy for Andrus' acute spinal injuries and t  the resulting significant impairment of his normal daily activities and impaired healing process;

(F)    Provide Andrus immediate emergency medical care for Andrus's chronic HCV; and
Order/assign an independent Infectious Disease Specialist/general doctor to monitor said HCV therapy and associated blood work, and to monitor for consistent CC-Meds/Clinics Administration.

IT IS FURTHER ORDERED that the above is effective immediately, pending the hearing and determination of this Order to Show Cause. IT IS FURTHER ORDERED that this Order to Show Cause, and all other papers attached to this application, shall be served on defendant CMS by _____ 2008 and the U.S. Marshal Service is hereby directed to effectuate such service.

_____
HONORABLE JUDGE,