

Daryl Andrus
SBI # 101816, S-1, C-10
1181 Paddock Rd.
Smyrna, DE 19977

Honorable Judge Gregory Sleet
Re: Status of Plaintiff's PI Motion In Re Andrus v. CMS, et al, CA No. 08-251-GMS

Your Honor:

Greetings, I pro se Plaintiff, Andrus, file this correspondence with the Honorable Court in order to discern the status of Plaintiff's PI Motion, in which an order for urgent medical care was sought.

On or about mid-April 2008, I filed the above captioned action and a PI requesting Emergency Medical Care due to Imminent Danger and Harm. The Court subsequently granted my Informa Pauperis motion and directed me to remit the initial payment. I did so in mid-May 2008.

To date, however, notice of any PI hearing has not been issued upon defendants, nor has any PI hearing been scheduled by the Court. Unfortunately, during this interim, defendants continue to cause me significant and undue pain and suffering through their repeat refusals to carry out the treating physicians' orders (i.e. denied Andrus his doctors' prescribed Chronic-care Medications). (Please see attached Addendum to PI).

Consequently, I seek leave to file the enclosed Addendum to my original PI motion and I pray that the Court schedule a hearing in regards to said PI and also serve notice upon defendant Correctional Medical Services at the Court's earliest convenience.

Respectfully,

Daryl D Andrus

Daryl Andrus

7/07/08

Date

FILED
JUL 1 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

7



I/M: Daryl G. Archer
SBI# 16786  UNIT S-1/C-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 King St.
Lockbox 18
Wilmington, DE 19801-3507