IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARYL ANDRUS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 08-251-GMS |
| CORRECTIONAL MEDICAL SERVICES, INC., et al., | ) ) ) ) |
|     Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, Daryl Andrus ("Andrus"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on May 8, 2008, this court entered an order granting Andrus leave to proceed *in forma pauperis* and requiring Andrus to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed (D.I.6);

WHEREAS, the time period has lapsed and to date, the authorization form has not been received from Andrus;

THEREFORE, at Wilmington this 14th day of July, 2008, IT IS HEREBY ORDERED that Andrus' complaint is DISMISSED WITHOUT PREJUDICE.

                                                  CHIEF, UNITED STATES DISTRICT JUDGE

FILED

JUL 1 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE