IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARYL ANDRUS,<br>    Plaintiff,<br>    v.<br>CORRECTIONAL MEDICAL SERVICES, Inc, et al,<br>    Defendants. | )<br>)<br>)   C.A. 08-251-GMS<br>)<br>) |

FILED
JUL 2 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ANDRUS' MOTION FOR RELIEF FROM JUDGMENT OR ORDER

COMES NOW, pro se plaintiff, Daryl Andrus (Andrus) pursuant to F.R.C.P., rule 60 (a) or (b), and/or any applicable Federal or Local Rules, and does hereby move the Court to grant Andrus relief from the Court's Order dismissing without prejudice his complaint on July 14, 2008. Andrus is pro se and seeks pleading lenience under *Haines v. Kerner*, 404 U.S. 519 (1972). Andrus offers the following in support:

1. Andrus filed a pro se complaint and simultaneously filed an informa pauperis and TRO/PI motion seeking emergency medical care due to imminent and significant harm.

2. The Court Ordered on 05-08-08 (DI 6) Andrus to complete an "Authorization" form allowing the agency (i.e. James T. Vaughn Correctional Center) to forward an initial payment of at least $35.67 and to have said agency forward both to the Clerk of the Court.

3. Andrus completed said Authorization form, provided same to the agency, and authorized payment to the Clerk of the Court in the amount of $36.00. (See Ex-A "Inmate Copy of Pay-To")

4. On 5-21-08 the Agency drafted a check #26587 for $36.00 dollars payable to the U.S. District Court Clerk on behalf of Andrus in accord with the Court's 05-08-08 Order. (See Ex-B Individual Inmate Account Statement at p. 3) Said $36.00 dollars was deducted from Andrus' inmate account.

5. It is clear that the requisite initial payment was made, however, if the Court is not in possession of Andrus' executed Authorization form, which is regretful and must be an inadvertent error on the part of the authorized Agency who was charged with forwarding both the initial check and Authorization form, Andrus should not be penalized for the Agency's failure but provided another form to execute.

6. What is less clear is why the Clerk of the Court accepted the initial payment from Andrus, however, which lacked the necessary accompanying Authorization form, yet fail to alert pro se plaintiff of the anomaly when it first occurred in late May and before the Court's dismissal in mid-July, especially in

view of Andrus' pending emergency TRO/PI and obvious payment? Now Andrus faces unnecessary delay and a significant and likely risk of serious harm; however, in all respects Andrus was under the impression that he completed all that was necessary. Indeed, he completed the Authorization form and authorized payment, and subsequently received conformation of the initial payment, so Andrus simply had no way of learning that the Court did not receive the Authorization form absent notification from the Court.

7. Alternatively, on July 14, 2008 the Court –without prior notice- simply dismissed Andrus' pro se complaint despite receiving the initial payment and despite a suspect anomaly.

8. Nevertheless, the Court's Order appears to be based on a Clerical error of some type, because Andrus did indeed Authorize the Agency holding him, did make the initial payment, and had no way of knowing otherwise absent notification from the Clerk of the Court.

9. If the Court is not in possession of Andrus' executed Authorization form, then Andrus will gladly execute another Authorization form, however, Andrus requests the Clerk of the Court to provide Andrus another Authorization form because the original form was executed and provided to the Agency and thus Andrus no longer has possession of said original Authorization form.

10. Lastly, the Court appears to have accepted Andrus' initial payment, but lacks a copy of Andrus' Authorization form, which gives the Agency the authority to deduct monthly payments; however, whether this occurred as a clerical error or not, Andrus prays that the Court place function over form and simply provide Andrus another form so that he may simply re-execute his Authorization and again attempt to have the Agency record said Authorization and forward to the Court.

WHERERFORE, Andrus requests the Court to provide him another Authorization form giving Andrus another thirty days to provide said Authorization, and also withdraw its dismissal and reinstate his complaint for the purpose of scheduling his PI hearing, in which Andrus requested immediate, emergency medical care without further delay.

_Daryl Andrus_  
Daryl Andrus

7/17/08  
Date



Inmate Copy

Date: 5-16-08

Pay-To: Clerk of U.S. District Court   Amount: $ 36.00

The Sum of: Thirty six dollars  and Cents —

Address to whom sent:

CA No. 08-251-GMS

U.S. District Court

SBI# 101816
Log # 51-08-034
Check # 26587
Date of Ck 5/24/08

Inmate Signature
OIC Signature
Lieutenant Signature if Over $100.00
Shift Commander Signature if Over $1000.00

Form #34 (rev 5/03)

Ex- A

C|6

Date Printed: 6/30/2008

# Individual Statement
## From January 2008 to June 2008

Page 1 of 3

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00101816 | Andrus | Daryl | | | Beginning Month Balance: | $58.55 |
| Current Location: S1 | | Comments: | | | Ending Month Balance: | $61.02 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/2/2008 | ($26.33) | $0.00 | $0.00 | $32.22 | 535480 | | | |
| Visit | 1/2/2008 | $50.00 | $0.00 | $0.00 | $82.22 | 535916 | 5742409833-08288 | 12/28/07 | A ANDRUS |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($2.16) | $82.22 | 538250 | | 12/28/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($2.91) | $82.22 | 538256 | | 12/28/07 | |
| Canteen | 1/8/2008 | ($74.97) | $0.00 | $0.00 | $7.25 | 538876 | | | |
| Supplies-MailPosta | 1/9/2008 | ($2.16) | $0.00 | $0.00 | $5.09 | 540864 | | 12/28/07 | |
| Supplies-MailPosta | 1/9/2008 | ($2.91) | $0.00 | $0.00 | $2.18 | 540867 | | 12/28/07 | |
| Canteen | 1/15/2008 | $74.97 | $0.00 | $0.00 | $77.15 | 542349 | | REFUND | |
| Canteen | 1/15/2008 | ($2.08) | $0.00 | $0.00 | $75.07 | 542600 | | | |
| Canteen | 1/22/2008 | ($46.46) | $0.00 | $0.00 | $28.61 | 544895 | | | |
| Medical | 1/23/2008 | $0.00 | ($4.00) | $0.00 | $28.61 | 546008 | | | |
| Medical | 1/23/2008 | ($4.00) | $0.00 | $0.00 | $24.61 | 546188 | | 1/18/08 | |
| Visit | 1/28/2008 | $100.00 | $0.00 | $0.00 | $124.61 | 547201 | 5742540414 | 1/18/08 | A ANDRUS |
| Canteen | 1/29/2008 | ($31.37) | $0.00 | $0.00 | $93.24 | 547797 | | | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($1.14) | $93.24 | 548385 | | 1/14/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($1.14) | $93.24 | 548386 | | 1/14/08 | |
| Pay-To | 2/1/2008 | ($25.00) | $0.00 | $0.00 | $68.24 | 550211 | | EMILY ANDRUS | |
| Supplies-MailPosta | 2/1/2008 | ($1.14) | $0.00 | $0.00 | $67.10 | 551067 | | 1/14/08 | |
| Supplies-MailPosta | 2/1/2008 | ($1.14) | $0.00 | $0.00 | $65.96 | 551066 | | 1/14/08 | |
| Canteen | 2/5/2008 | ($35.28) | $0.00 | $0.00 | $30.68 | 551736 | | | |
| Visit | 2/11/2008 | $50.00 | $0.00 | $0.00 | $80.68 | 554466 | 9252009835-10533 | | A ANDRUS |
| Canteen | 2/12/2008 | ($27.83) | $0.00 | $0.00 | $52.85 | 555095 | | | |
| Canteen | 2/19/2008 | ($33.54) | $0.00 | $0.00 | $19.31 | 558427 | | | |
| Mail | 2/21/2008 | $50.00 | $0.00 | $0.00 | $69.31 | 559962 | 5742540821 | 1/22/08 | A ANDRUS |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($1.31) | $69.31 | 560109 | | 1/22/08 | |
| Canteen | 2/26/2008 | ($34.57) | $0.00 | $0.00 | $34.74 | 561288 | | | |
| Visit | 3/3/2008 | $50.00 | $0.00 | $0.00 | $84.74 | 564308 | 5742008033-11142 | | A ANDRUS |
| Canteen | 3/4/2008 | ($37.90) | $0.00 | $0.00 | $46.84 | 564821 | | 1/22/08 | |
| Supplies-MailPosta | 3/11/2008 | ($1.31) | $0.00 | $0.00 | $45.53 | 565677 | | | |
| Canteen | 3/11/2008 | ($34.27) | $0.00 | $0.00 | $11.26 | 568198 | | | |
| Visit | 3/17/2008 | $50.00 | $0.00 | $0.00 | $61.26 | 571077 | 9252010159-11459 | | A ANDRUS |

EX-B

# Individual Statement
## From January 2008 to June 2008

Date Printed: 6/30/2008

Page 2 of 3

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00101816 | Andrus | Daryl | | | Beginning Month Balance: | $58.55 |
| Current Location: | S1 | | | Comments: | Ending Month Balance: | $61.02 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/18/2008 | ($40.01) | $0.00 | $0.00 | $21.25 | 571727 | | | |
| Canteen | 3/25/2008 | ($20.78) | $0.00 | $0.00 | $0.47 | 574460 | | | |
| Supplies-MailPosta | 3/25/2008 | $0.00 | $0.00 | ($1.98) | $0.47 | 575162 | | | |
| Visit | 3/26/2008 | $110.00 | $0.00 | $0.00 | $110.47 | 575805 | 5742009569004795 | 3/3/08 | A ANDRUS |
| Canteen | 4/1/2008 | ($77.33) | $0.00 | $0.00 | $33.14 | 578205 | | | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($1.99) | $33.14 | 580215 | | | |
| Supplies-MailPosta | 4/4/2008 | ($1.98) | $0.00 | $0.00 | $31.16 | 581089 | | 3/3/08 | |
| Supplies-MailPosta | 4/4/2008 | ($1.99) | $0.00 | $0.00 | $29.17 | 581191 | | 3/11/08 | |
| Visit | 4/7/2008 | $100.00 | $0.00 | $0.00 | $129.17 | 582624 | 9252010325-11631 | 3/11/08 | A ANDRUS |
| Canteen | 4/8/2008 | ($33.39) | $0.00 | $0.00 | $95.78 | 583182 | | | |
| Canteen | 4/15/2008 | ($23.54) | $0.00 | $0.00 | $72.24 | 585940 | | | |
| Supplies-MailPosta | 4/17/2008 | $0.00 | $0.00 | ($1.57) | $72.24 | 587825 | | | |
| Canteen | 4/21/2008 | ($50.15) | $0.00 | $0.00 | $22.09 | 588625 | | | |
| Visit | 4/21/2008 | $50.00 | $0.00 | $0.00 | $72.09 | 588717 | 9252010462-12048 | 4/14/08 | A ANDRUS |
| Canteen | 4/22/2008 | ($36.13) | $0.00 | $0.00 | $35.96 | 589477 | | | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($1.31) | $35.96 | 590037 | | 4/1/08 | |
| Supplies-MailPosta | 4/25/2008 | ($1.57) | $0.00 | $0.00 | $34.39 | 592479 | | 4/14/08 | |
| Supplies-MailPosta | 4/25/2008 | ($1.31) | $0.00 | $0.00 | $33.08 | 592789 | | 4/1/08 | |
| Visit | 4/28/2008 | $100.00 | $0.00 | $0.00 | $133.08 | 593056 | 5742333912-12282 | 4/28/08 | A ANDRUS |
| Canteen | 4/29/2008 | ($47.97) | $0.00 | $0.00 | $85.11 | 593363 | | | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | $0.00 | $85.11 | 594853 | | 4/28/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($0.97) | $85.11 | 594854 | | 4/28/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($4.28) | $85.11 | 594861 | | 4/28/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($4.60) | $85.11 | 595002 | | 4/28/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($1.31) | $85.11 | 595003 | | 4/28/08 | CORRECTION |
| Pay-To | 5/5/2008 | ($2.00) | $0.00 | $0.00 | $83.11 | 596661 | | 4/28/08 | ST ELIZABETH ANN |
| Canteen | 5/6/2008 | ($30.43) | $0.00 | $0.00 | $52.68 | 597769 | | | |
| Canteen | 5/7/2008 | ($0.97) | $0.00 | $0.00 | $51.71 | 599388 | | 4/28/08 | |
| Supplies-MailPosta | 5/7/2008 | ($4.28) | $0.00 | $0.00 | $47.43 | 599389 | | 4/28/08 | |
| Supplies-MailPosta | 5/7/2008 | ($4.60) | $0.00 | $0.00 | $42.83 | 599393 | | 4/28/08 | |
| Supplies-MailPosta | 5/7/2008 | $4.28 | $0.00 | $0.00 | $47.11 | 599524 | | CORRECTION | CORRECTION |

# Individual Statement
## From January 2008 to June 2008

Page 3 of 3

Date Printed: 6/30/2008

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 0010l816 | Andrus | Daryl | | | Beginning Month Balance: | $58.55 |
| Current Location: S1 | | Comments: | | | Ending Month Balance: | $61.02 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 5/7/2008 | ($1.31) | $0.00 | $0.00 | $45.80 | 599525 | | | |
| Canteen | 5/13/2008 | ($34.75) | $0.00 | $0.00 | $11.05 | 602036 | | 4/28/08 | A ANDRUS |
| Mail | 5/13/2008 | $60.00 | $0.00 | $0.00 | $71.05 | 602409 | 5757696421 | | |
| Supplies-MailPosta | 5/16/2008 | $0.00 | $0.00 | ($1.68) | $71.05 | 604536 | | 5/13/08 | A ANDRUS |
| Visit | 5/19/2008 | $60.00 | $0.00 | $0.00 | $131.05 | 604747 | 9252010742-17206 | | |
| Supplies-MailPosta | 5/19/2008 | ($1.68) | $0.00 | $0.00 | $129.37 | 604993 | | 5/13/08 | A ANDRUS |
| Canteen | 5/20/2008 | ($30.44) | $0.00 | $0.00 | $98.93 | 605427 | | | |
| Pay-To | 5/21/2008 | ($36.00) | $0.00 | $0.00 | $62.93 | 606584 | | | CLERK OF US DISTR |
| Canteen | 5/27/2008 | ($42.52) | $0.00 | $0.00 | $20.41 | 608468 | | | |
| Visit | 6/2/2008 | $100.00 | $0.00 | $0.00 | $120.41 | 611487 | 9252010881-13395 | | A ANDRUS |
| Canteen | 6/3/2008 | ($26.10) | $0.00 | $0.00 | $94.31 | 612020 | | | |
| Canteen | 6/10/2008 | ($40.40) | $0.00 | $0.00 | $53.91 | 615731 | | | |
| Visit | 6/16/2008 | $80.00 | $0.00 | $0.00 | $133.91 | 618385 | 9252011033-13834 | | A ANDRUS |
| Canteen | 6/17/2008 | ($32.88) | $0.00 | $0.00 | $101.03 | 618781 | | | |
| Canteen | 6/24/2008 | ($40.01) | $0.00 | $0.00 | $61.02 | 621585 | | | |

Ending Month Balance: $61.02

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00

IM Daryl G. Andrus
SBI# 101816   UNIT S-1 1C-10

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 King St.
Lockbox 18
Wilmington, DE 19801-3507