IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARYL ANDRUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-251-GMS |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 22nd day of July, 2008;

IT IS ORDERED that the plaintiff, Daryl Andrus' ("Andrus"), motion for relief from judgment or order, construed as a motion for reconsideration is **GRANTED**. (D.I. 10) The court is not in possession of the authorization form at issue. Andrus states, however, that he completed the authorization form and forwarded it to the agency authorized to make payments to the clerk's office, who in turn was to forward it to the court. The court's May 8, 2008 order clearly stated that Andrus was to "complete and return the attached authorization form . . . to the Clerk of the Court." (D.I. 6.) Andrus was warned that "FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE." (*Id.*)

Andrus shall submit the attached authorization to the Clerk of the Court within **thirty (30) days** from the date of this order. Andrus is once again warned that **FAILURE TO**

TIMELY COMPLY WITH THIS ORDER SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
JUL 2 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARYL ANDRUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-251-GMS |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| LAWRENCE MCDONALD M.D., | ) |
| FREDERICK VAN DUSEN, M.D., | ) |
| FREDERICK DURST, M.D., CANDY | ) |
| DIBBLE, JOHN DOE (SPECIALIST), | ) |
| JOHN DOE 2 (DIRECTOR), TRACEY | ) |
| WILKENS, JANE DOE (KC), | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Daryl Andrus, SBI #101816, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $35.67 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated May 5, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2008.

_____
Signature of Plaintiff