IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARYL ANDRUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-251-GMS |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| LAWRENCE MCDONALD M.D., | ) |
| FREDERICK VAN DUSEN, M.D., | ) |
| FREDERICK DURST, M.D., CANDY | ) |
| DIBBLE, JOHN DOE (SPECIALIST), | ) |
| JOHN DOE 2 (DIRECTOR), TRACEY | ) |
| WILKENS, JANE DOE (KC), | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
JUL 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

   I, Daryl Andrus, SBI #101816, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $35.67 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated May 5, 2008.

   This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 7/25/08 , 2008.

Daryl D. Andrus
Signature of Plaintiff

I/M Daryl G. Andres
SBI# 101816  UNIT S-1/c-10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570